CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 24 2016

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BRIAN RICHARDSON, | CASE NO. 7:16CV00300 |
| Plaintiff, | |
| v. | FINAL ORDER |
| RED ONION STATE PRISON, | By: Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil rights action under 42 U.S.C. § 1983 is summarily **DISMISSED** without prejudice, based on plaintiff's failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997e(a); and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 24th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge